U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB 12 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARCUS C. DUNAWAY, ET AL. | : | DOCKET NO. 2:07-cv-1138 |
| VS. | : | JUDGE MINALDI |
| COWBOYS OF LAKE CHARLES, INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion to Remand be DENIED and that the claims against Cowboys of Lake Charles, Inc. be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _11_ day of __Feb__, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE